UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John A. Brooks</u>

    v.                                      07-cv-411-JD

<u>NH Attorney General, et al.</u>

**O R D E R**

The court permitted the parties to provide written argument by January 7, 2007. The court did not permit parties to file additional "evidence". The affidavit of Eric Haskell (Document no. 18-2) is ordered struck from the record.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 9, 2008

cc:  Counsel of Record