UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John A. Brooks

     v.                              Civil No. 07-cv-411-JD

Kelly A. Ayotte, et al.

PROCEDURAL ORDER

On March 19, 2008, the parties filed a joint motion to stay all proceedings in this case "pending completion of the pending state criminal charges against the Plaintiff."  The parties executed a stipulation in support of their motion to stay proceedings.  As the trial involving the state criminal charges against the plaintiff has been completed, the parties shall advise the court as to whether they will proceed in this case or whether it should be dismissed.

The parties shall file a joint status report in response to this order **on or before November 21, 2008.**

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

November 7, 2008

cc:  Christopher H.M. Carter, Esquire
     Daniel Miville Deschenes, Esquire
     Thomas M. Hoopes, Esquire
     Laura E.B. Lombardi, Esquire
     Martin F. Murphy, Esquire
     Dan Richlin, Esquire
     Nancy J. Smith, Esquire